THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Tremayne Drakeford,       
 Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.
2005-UP-488
Submitted August 1, 2005  Filed August 16, 2005

AFFIRMED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz, III, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General W. Rutledge Martin, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Tremayne
Drakeford appeals his convictions for possession of cocaine with intent to
distribute, possession of crack with intent to distribute, possession of cocaine
within proximity of a school, and possession of crack within proximity of a
school.  He argues the trial court erred in refusing to suppress evidence
of drugs as the result of an illegal arrest.  We affirm[1] pursuant to Rule 220(b)(2), SCACR and the
following authorities: State v. Forrester, 343 S.C. 637, 642, 541
S.E.2d 837, 840 (2001) (stating that in most cases, making an in limine motion
to exclude evidence does not preserve an issue for review; to preserve an issue
for review a party must make a contemporaneous objection when the evidence is
introduced at trial); State v. Mitchell, 330 S.C. 189, 193 n. 3,
498 S.E.2d 642, 644 n. 3 (1998) (We have consistently held a ruling in limine
is not final, and unless an objection is made at the time the evidence is
offered and a final ruling procured, the issue is not preserved for review.).
AFFIRMED.
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.   

[1]  Because oral argument would not aid the court in resolving
the issues on appeal, we decide this case without oral argument pursuant to Rule
215, SCACR.